UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARLA BELMONTE, o/b/o JBV, a minor child,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | NO. CV-10-3073-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

**BEFORE THE COURT** is the Magistrate Judge's report, ECF No. 28, recommending the Court **grant** Plaintiff's motion for EAJA fees, ECF No. 23.

No objections have been filed.

Having reviewed the report and the files and records herein, the Court adopts the magistrate judge's report in its entirety.

**IT IS ORDERED:**

The recommendation, **ECF No. 28**, to grant Plaintiff's motion for EAJA fees is **ADOPTED in its entirety.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment for Plaintiff, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 10th day of April, 2012.

                                                *s/ Rosanna Malouf Peterson*

                              CHIEF JUDGE ROSANNA MALOUF PETERSON
                                  United States District Court